Tionna Carvalho (SBN 299010)
Email: tcarvalho@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, Floor 19
Los Angeles, California 90067
Telephone: (310) 929-4900
Facsimile: (310) 943-3838

Attorneys for Plaintiffs
SAMANTHA MARTA and CARLOS MARTA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA MARTA and CARLOS MARTA,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 2:22-cv-01456-AB-PVC<br><br>**Request for Entry of Judgment Pursuant to FRCP 68(a)**<br><br>[Complaint Filed: March 16, 2023] |

**REQUEST FOR ENTRY OF JUDGMENT**

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

 **PLEASE TAKE NOTICE** Plaintiffs SAMANTHA MARTA and CARLOS MARTA accepted Defendant FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 in the amount of $64,250.00 on March 5, 2024, which is attached hereto as **Exhibit 1**. Plaintiffs hereby apply for the Entry of Judgment in the amount of $64,250.00 pursuant to the terms of the Rule 68 attached herein.

Dated: May 23, 2024     STRATEGIC LEGAL PRACTICES, APC

          */s/ Tionna Carvalho*
          _____
          TIONNA CARVALHO
          Attorney for Plaintiffs
          SAMANTHA MARTA and CARLOS MARTA

# EXHIBIT 1

Case 2:22-cv-01456-AB-PVC   Document 14   Filed 05/23/24   Page 3 of 7   Page ID #:167

```
SPENCER P. HUGRET (SBN 240424)
shugret@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES ONLY TO:<br><br>*Samantha Marta and Carlos Marta v. Ford Motor Company, et al.*, Case No.: 2:22-cv-01456-AB-PVC. _____ | Case No. 2:18-ML-02814-AB (FFMx)<br><br>Assigned to Hon. Andre Birotte Jr.<br><br>**DEFENDANT FORD MOTOR COMPANY'S OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68** |

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE, that pursuant to the provisions of Federal Rules of Civil Procedure Rule 68, Defendant Ford Motor Company ("Ford"), on behalf of itself, hereby offers to allow judgment to be taken against it as follows ("Offer"):

1. Ford will pay Plaintiffs Samantha Marta and Carlos Marta ("Plaintiffs") **$64,250.00**, less any remaining loan balance, for their 2018 Ford Fiesta, VIN: 3FADP4EJ8JM141036 ("vehicle"). Ford will pay this amount to Plaintiffs and Plaintiffs' counsel within sixty (60) days of acceptance of this Offer. Ford will pay any loan balance on the vehicle directly to the lienholder within fourteen (14) days after Plaintiffs' surrender of the vehicle to Ford or its designee,

1 as described in Paragraph 3. Ford will reimburse Plaintiffs for any additional monthly loan payments directly attributed to the vehicle made between the date of execution of this Offer by Plaintiffs and payment by Ford of the loan balance, which are not reimbursed directly to Plaintiffs by the lender.

2. As part of this Offer, Ford offers to permit judgment to be entered solely upon the terms of paragraph 1, and Plaintiffs shall retain the right to petition the Court for an award reasonably incurred fees recoverable pursuant to California Civil Code section 1794(d) in any amount, and Ford will retain all objections to such request. In ruling on Plaintiffs' fee motion, and except as otherwise provide for in this paragraph, the fees, expenses and costs amount shall be calculated as if Plaintiffs were found to have prevailed in this action under section 1794(d) of the California Civil Code, except that Plaintiffs may recover for fees and costs reasonably incurred in bringing such a fee/cost motion. Ford expressly reserves all defenses to Plaintiffs' fee/costs motion(s). Plaintiffs may recover for attorney fees and costs reasonably and actually incurred in bringing such a fee/cost motion(s). Ford will pay the attorney's fees and cost amounts determined by the Court within 30 days' notice of the Court's ruling on same.

3. Plaintiffs will surrender the vehicle to Ford on a date, time and place mutually agreeable no later than 60 calendar days after the parties' counsel have accepted this Offer. Plaintiffs will surrender the vehicle with clear title, free and clear of all liens and encumbrances, other than the lender of record, to Ford or its designee. Plaintiffs will also execute whatever documents are necessary to effectuate the transfer of the vehicle to Ford.

4. Ford will waive all claims it may have for costs and fees in this action.

5. Plaintiff will agree to file a Joint Stipulation of Dismissal dismissing this action in its entirety with prejudice, within 14 days after Plaintiffs' counsel has received all funds owed pursuant to this Offer.

6. This Offer is inclusive of all damages, restitution, costs, attorney fees,

*Gordon Rees Scully Mansukhani, LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

-2-
DEF. FORD MOTOR COMPANY'S STATUTORY OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

expenses, penalties, pre-judgment interest, post-judgment interest, and any other sums or amounts or claims that have been asserted by Plaintiffs in this action. If this Offer is accepted, Plaintiffs shall not be entitled, except as specified herein, to seek damages, costs, attorneys' fees, expenses, penalties, pre-judgment interest, post-judgment interest, or any other sums or amounts or claims in this action.

7. Failure to accept this Offer will result in Ford claiming all benefits accruing to it under Federal Rules of Civil Procedure rule 68 should Plaintiffs not achieve a more favorable result at the trial of this action.

8. This Offer is made for the purposes specified in Federal Rules of Civil Procedure rule 68, and will be deemed withdrawn unless written notice of acceptance of this Offer is made in the applicable time period set forth by law (within fourteen (14) days of the date that it is served). Plaintiffs' acceptance of this Offer must be made in writing, and may be indicated by Plaintiffs' counsel's signature below.

Dated:  February 20, 2024         GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Spencer P. Hugret
Attorneys for Defendant
FORD MOTOR COMPANY

I hereby accept the above Offer on the terms stated on behalf of Plaintiffs.

Dated: <u>March 5, 2024</u>         STRATEGIC LEGAL PRACTICES, APC

By:_____
Tionna Carvalho
Attorneys for Plaintiffs
SAMANTHA MARTA and
CARLOS MARTA

# CERTIFICATE OF SERVICE
*Samantha Marta and Carlos Marta v. Ford Motor Company, et al.*
USDC Central District California, Case No.: 2:18-ML-02814-AB (FFMx)
USDC Central District of California, Case No.: 2:22-cv-01456-AB-PVC

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon, Rees, Scully Mansukhani, LLP 275 Battery Street, Suite 2000, San Francisco, CA 94111. On the below-mentioned date, I served the within documents:

**DEFENDANT FORD MOTOR COMPANY'S STATUTORY OFFER OF JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 68**

☒  by transmitting VIA ELECTRONIC MAIL (jcortez@grsm.com) the document(s) listed above to the email address(es) set forth below on this date before 5:00 p.m. (*Per agreement of the parties*.)

Tionna Carvalho
Mark Gibson
STRATEGIC LEGAL PRACTICES, APC
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel.: (310) 929-4900
Fax: (310) 943-3838
Email: tcarvalho@slpattorney.com
Email: mrajpal@slpattorney.com
Email: emailservices@slpattorney.com
Email: mgibson@slpattorney.com
Email: mreyes@slpattorney.com
*Attorney for Plaintiffs*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 20, 2024, at San Francisco, California.

_____
Jesica Cortez