UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA MARTA and CARLOS MARTA,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive<br><br>　　　　Defendant. | Case No.: 2:22-cv-01456-AB-PVC<br><br>District Judge: Hon. Andre Birotte<br><br>[~~PROPOSED~~] JUDGMENT |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Plaintiffs SAMANTHA MARTA and CARLOS MARTA ("Plaintiffs") accepted Defendant FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on March 5, 2024.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $64,250.00 pursuant to the terms of the Rule 68 Offer.

　　**IT IS SO ORDERED.**

Date: May 30, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Hon. Andre Birotte
　　　　　　　　　　　　　　　　　District Court Judge